

## UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

JEFFREY A. JOHNSON                                    CIVIL ACTION

VERSUS                                                NO. 08-016

JERRY LARPENTER, ET AL.                               SECTION: "F"(3)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claim against Barry Vice is **DISMISSED WITH PREJUDICE** as pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

New Orleans, Louisiana, this ___12th___ day of ___March___, 2008.

_____
UNITED STATES DISTRICT JUDGE

__ Fee _____
__ Process _____
__ Dktd _____
__ CtRmDep _____
__ Doc. No. _____