FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 MAY 21  PM 2: 20

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JEFFREY A. JOHNSON | CIVIL ACTION |
| VERSUS | NO. 08-016 |
| JERRY LARPENTER, ET AL. | SECTION: "F"(3) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's remaining claims are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 21ST day of MAY, 2008.

_____
UNITED STATES DISTRICT JUDGE

```
__ Fee_____
__ Process_____
X  Dktd_____
__ CtRmDep_____
__ Doc. No._____
```